EXHIBIT A

CaseSearch                    Circuit Court of Maryland

## Case Information

Court System: **Circuit Court For Prince George's County - Civil**
Location:        **Prince Georges Circuit Court**
Case Number: **C-16-CV-23-003865**
Title:           **Lance Smith vs. Mr Cooper Group Mortgage**
Case Type:       **Grantor in Possession**
Filing Date:     **08/21/2023**
Case Status:     **Open**

## Involved Parties Information

### Plaintiff

Name: **Smith, Lance E**
Address: **8787 Branch Ave.**
            **Suite 343**
City:       **Clinton**  State: **MD**  Zip Code: **20735**

### Defendant

Name: **Mr Cooper Group Mortgage**
Address: **Lake Vista 4**
            **800 State Highway**
City:       **Lewisville**  State: **TX**  Zip Code: **75067**

## Document Information

File Date:        **08/21/2023**
Document Name: **Complaint / Petition**
Comment:

File Date:        **08/21/2023**
Document Name: **Notice of Restricted Information**
Comment:          **Financial Information**

File Date:        **08/23/2023**
Document Name: **Case Information Report Filed**
Comment:

File Date:        **08/23/2023**
Document Name: **Supporting Document**
Comment:

File Date:        **08/23/2023**
Document Name: **Summons Issued (Service Event) - New Case**
Comment:

File Date:      **10/10/2023**
Document Name: **Affidavit - Service**
Comment:        **Proof of Service for the Defendant, Mr. Cooper Group Mortgage**

## Service Information

| Service Type | Issued Date |
| --- | --- |
| **Summons Issued** | **08/23/2023** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*



**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
14735 Main Street
Upper Marlboro Maryland 20772

Circuit Court Clerks: 301-952-3318
Calendar Management: 301-952-3850

**To:** MR COOPER GROUP MORTGAGE
LAKE VISTA 4
800 STATE HIGHWAY, 121 BYPASS
LEWISVILLE, TX 75067

**Case Number:**      **C-16-CV-23-003865**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**LANCE SMITH VS. MR COOPER GROUP MORTGAGE**

Issue Date: 8/23/2023

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

LANCE E SMITH
8787 Branch Ave., Suite 343
Clinton, MD 20735

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin  #216
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**Lance Smith vs. Mr Cooper Group Mortgage**

Circuit Court for Prince George's County
Case Number: C-16-CV-23-003865

## SHERIFF'S RETURN
### (please print)

To: MR COOPER GROUP MORTGAGE

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                               Location of service

_____ by _____  with the following:
Manner of service

☐ Summons                              ☐ Counter-Complaint

☐ Complaint                            ☐ Domestic Case Information Report

☐ Motions                              ☐ Financial Statement

☐ Petition and Show Cause Order        ☐ Interrogatories

☐ Other _____
Please specify

(2) Was unable to serve because:
    ☐ Moved left no forwarding address   ☐ No such address
    ☐ Address not in jurisdiction        ☐ Other _____
                                           Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____   _____
Date                       Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

(Full name and address of Plaintiff)

_Lance E. Smith (Trustee)_

_8287 Branch Ave suite 343_

_Clinton, MD. 20735_

Plaintiff(s)

vs.

(Full name and address of Defendant)

Case No. _C16CV23003865_

_Mr. Cooper Group Mortgage_

~~P.O. Box 619098~~   _Lake Vista 4 800 State Highway 121 Bypass_

~~Dallas, TX. 75261~~ _Lewisville. TX. 75067_

Defendant(s)

CLERK OF THE CIRCUIT COURT
2023 AUG 21 AM 9:
PR GEO CO MD #473

### COMPLAINT & JURY DEMAND

COMES NOW, Plaintiff, _Lance E. Smith_, representing myself, brings this complaint against the Defendant (s) _Mr. Cooper_ and hereby alleges as follows:

### JURISDICTION & VENUE

1.   Jurisdiction is proper under MD. Code ANN., CTS. & JUD. PROC. §§ 6-102 and 6-103.

The facts of this case are:

2.   Failer to Properly Sevice borrower's loan

3.   Failer to Properly File borrower's loan

4.   Failer to provide original loan Documents.

5.   File an accord & satisfaction, "No Respond"

6. File under ~~the~~ Maryland State law Article 9-210
7. "with no respond."
8.
9.
10.
11.
12.
13.
14.
15.

WHEREFORE, Plaintiff demands judgment in the form of compensatory damages against the Defendant(s) in the amount of $ _400,000_ , plus interests and costs.

## JURY DEMAND

Plaintiff hereby requests a jury trial as to all issues alleged herein.

_Lance Smith_

_8787 Branch Ave. Suite 343_

_Clinton, MD. 20735_

(Plaintiff's name, address and phone number)

IN THE CIRCUIT COURT FOR Upper Marlboro Prince George's
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

**DIRECTIONS**

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☑ PLAINTIFF ☐ DEFENDANT CASE NUMBER ______ (Clerk to Insert)

**CASE NAME:** Lance E. Smith (Plaintiff) vs. Mr. Cooper Group Mortg (Defendant)

PARTY'S NAME: 9787 Branch Ave Suite 343 PHONE: 240-237-0116

PARTY'S ADDRESS: Clinton MD 20735

PARTY'S E-MAIL: leshealthy@gmail.com

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: ______ PHONE: ______

PARTY'S ATTORNEY'S ADDRESS: ______

PARTY'S ATTORNEY'S E-MAIL: ______

**JURY DEMAND?** ☐ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☑ No If yes, Case #(s), if known: ______

**ANTICIPATED LENGTH OF TRIAL?:** ______ hours ______ days

**PLEADING TYPE**

**New Case:** ☑ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)**

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt:______
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☑ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory

- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☑ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order

- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☑ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☑ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation   ☐ Yes ☐ No
B. Arbitration   ☐ Yes ☐ No
C. Settlement Conference   ☐ Yes ☐ No
D. Neutral Evaluation   ☐ Yes ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*

**(Case will be tracked accordingly)**

- ☑ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ Expedited - Trial within 7 months of Defendant's response   ☑ Standard - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE
## MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES* under
*Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of
Defendant's response

☐ **Standard** - Trial within 18 months of
Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY,*
*PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____ |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

Aug. 21, 2023
_____
Date

8787 Branch Ave Suite 343
_____
Address

Clinton      MD.      20735
_____
City       State    Zip Code

_____
Signature of Attorney / Party      Attorney Number

Lance E. Smith
_____
Printed Name

# DECLARATION OF EXPRESS TRUST

## March 21, 2021, 10:07AM

THIS INDENTURE ("Agreement") made this 21th day of March, 2021 serves as a Declaration of Express Trust and shall continue for a term of twenty-five (25) years from this day, between LANCE ERIC SMITH herein known as the Settlor and Trust Protector, (the first party) and LANCE ERIC SMITH Trustee, herein known as the First Trustee, Sole Trustee or Trustee, (the second party), under the name of DOMINION GOLD EXPRESS TRUST d/b/a DOMINION GOLD. With this contract, the Parties intend to create an Express Trust Organization for the benefit of the Trust Certificate Unit Holders and to identify, accumulate, purchase, and hold any assets that become available and to provide for a prudent administration and distribution system administered by legal persons acting in a fiduciary capacity.

WITNESSETH: Whereas the Settlor, irrevocably assigns and conveys to the Trustee, in trust, specific properties as defined in The Trustee Minutes (1-1961), attached to this document in exchange for one hundred (100) units of Beneficial Interest, known hereto as Trust Certificate Units (TCUs) to be held with this Indenture by the Trustees for the Beneficiaries also known as Members of DOMINION GOLD EXPRESS TRUST d/b/a DOMINION GOLD.

<u>Trust:</u> "Trust" includes an express trust, private or charitable, with additions thereto, wherever, and however created.

<u>Property:</u> "Property" means anything that may be the subject of ownership and includes both real and personal property.

<u>Person:</u> "Person" means any natural person, individual, corporation, government or governmental subdivision or agency, business trust, estate, trust, partnership, limited liability company, association, or other entity.

<u>Settlor:</u> LANCE ERIC SMITH – (defined) in law a settlor is a person who settles property in trust law for the benefit of beneficiaries. In some legal systems, a settlor is also referred to as a trustor or occasionally, a grantor or donor… A settlor may create a trust manifesting an intention to create it; grantor is the person who creates the trust.

<u>Trust Protector:</u> LANCE ERIC SMITH or other authorized person in the future by settlor, - (defined) appointed under the trust instrument to direct, restrain, remove the trustee(s) or appoint a successor.

<u>Trustee(s):</u> LANCE ERIC SMITH – (defined) includes an original, additional, or successor trustee, whether or not appointed or confirmed by a court. A person or firm that holds or administers property or assets for the benefit of a third party and can be given the powers to make investment decisions for the Trust, or vote on the distribution of assets to the beneficiaries and/or has the power to hire persons whether an authorized person or not, including accountants, attorneys, auditors, investment advisers, appraisers or other agents even if they are associated or affiliated with the trustee, to advise or assist the trustee in the performance of administrative duties.

<u>Beneficial Owner:</u> *DOMINION GOLD herein known as the First Beneficiary and other beneficiaries to come in future (defined) beneficial owner* is where specific property rights ("use and title") in equity belong to a person even though legal title of the property belongs to another person. This often relates where the legal title owner has implied trustee duties to the beneficial owner.

# DECLARATION OF EXPRESS TRUST

## March 21, 2021, 10:07AM

WHEREAS, the Trust Organization is authorized to exist and function through its Board of Trustees, comprised of the total active number of trustees who are legal persons holding fee simple title, not differentiating between legal and equitable, not as individuals, but collectively as the Board, according to the inalienable Common Law rights.

WHEREAS, the Trust shall be amendable, as described in the bylaws, and shall be irrevocable by the Settlor or by any other person or entity but said trustee can be fired by the Trust Protector and replace by new trustee appointed by the Trust Protector. It is the intention of the Settlor to make the Beneficiaries, an absolute gift of the Trust Certificate Units (TCUs), in which the Beneficiaries shall not have any vested interest, until the termination of this Trust and final distribution accumulated assets or any early distribution of the assets thereof. There shall be exactly 100 Trust Certificate Units (TCUs) available to the Beneficiaries.

WHEREAS, the Trust shall be administered, managed, governed and regulated in all respects applicable to Common Law jurisdiction of Maryland, being bound to the Articles of Confederation of 1781 Article IV – "The better to secure and perpetuate mutual friendship and intercourse among the people of the different states in this union, the free inhabitants of each of these states, paupers, vagabonds and fugitives from Justice excepted, shall be entitled to all privileges and immunities of free citizens in the several states, and the people of each state shall have free ingress and regress to and from any other state, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any state, to any other state of which the Owner is an inhabitant, provided also that no imposition, duties or restriction shall be laid by any state, on the property of the united states, or either of them."

WHEREAS, the Trust shall be administered, managed, governed and regulated in all respects applicable to Common Law jurisdiction of Maryland, the Uniform Prudent Investors Rule, the Maryland Trust Act, Treaty of Marrakesh, Treaty of Tripoli, the Articles of Confederation, the Constitution of the United States of America, and the Uniform Commercial Code (only when and if applicable and/or allowable to remain under the jurisdiction of the Common Law). The domicile of the trust is within the Court of Equity, in Maryland in the Republic of the United States of America as a last resort when everything else fails.

| | |
|---|---|
| _Smith, Lance Eric, Settlor/Trust Protector_ | July 16, 2021 __<br>Date |
| _Harol, Lozano, ___ Trustee_ | July 16, 2021 __<br>Date |

## DECLARATION OF EXPRESS TRUST

March 21, 2021, 10:07AM

**Summary of Trustee Minutes or Amendments**
**DOMINION GOLD**
(An Irrevocable Express Trust Organization)

Time: 1:00 PM

Date: Saturday, March 20, 2022

Persons Present: Settlor, Sole Trustee & Co-Trustee

Business Conducted: Appointment of Trustee, Affirmed Declarations and Accepted Trust Property

At this meeting, the Board of Trustees of the DOMINION GOLD EXPRESS TRUST, held in Brandywine, Maryland on this day, with the Sole Trustee being present, by unanimous accord, the following was affirmed, declared, and accepted, vis:

The Settlor, Smith, Lance Eric (first party) by gift of the following said Personal Property to the Trustee (second party) is now in Trust for the beneficiaries holding Trust Certificate Units:

Schedule A: Trustee Minutes 1-1961 – Appointment of Trustee
- Trustee Acceptance Hold Harmless/Indemnity Agreement – Exhibit A
i. Schedule B: Trustee Minutes 1-1961 – Powers & Duties of the Trustee(s)
ii. Schedule A: Trustee Minutes 2-1961 - Real Property Exchange – Real Estate Assets
- Equity Secured Promissory Note – Exhibit A 08-20022 [$9,000,000,000.00 + 2.5% interest]
iii. non-UCC Financing Statement
iv. Schedule A: Trustee Minutes 3-1961 – Other Property Exchange – Non-Real Estate Assets
- Copyright Notice No. 0007552-1 as Exhibit A (1 pages)
v. Schedule B: Trustee Minutes 3-1961 – Other Property Exchange – Non-Real Estate Assets
- Affidavit of Schedule of Fees
vi. Schedule A: Trustee Minutes 4-1961 – Other Property Exchange – Non-Real Estate Assets
- P. Law 94-241, Article III, Citizenship & Nationality Declaration
vii. Schedule B: Trustee Minutes 4-1961 – Other Property Exchange – Non-Real Estate Assets
- Private Contract

All personal property, whether Tangible or Intangible located in Maryland, Florida, Georgia or any other State, received now or in the future is now held in trust.

The Sole Trustee has authorized the Authorized Representative and or Co-Trustee(s) to warehouse ALL REAL & PERSONAL PROPERTY ASSETS LISTED BELOW wherever the Authorized Representative deems to be the safest and most convenient location to manage the above said property.

## DECLARATION OF EXPRESS TRUST

### March 21, 2021, 10:07AM

    *a.* *LES Enterprise, LLC or S-Corp or C-Corp State File No. W21508569*
    *b.* *Certificate of Title No. 156-61-131834 Mutual Indexed Annuities*
    *c.* *Prince George's County, MD Claim Against Real Property* Parcel No:1_0861708,
       Parcel No:2_3864675 and Parcel No:3_0457259

The following action was taken as a result of that agreement. All pages of the trustee minutes have been properly filed and indexed safely within the Trust Office.

Place of Meeting: 11916 Crestwood Ave So, Brandywine, Maryland 20613

Meeting Adjourned at 1:18 PM on March 20, 2022

_____      _____
Harol, Lozano    **Sole Trustee**          Smith, Lance Eric    **Co-Trustee**

**Seal,**

# DECLARATION OF EXPRESS TRUST

## March 21, 2021, 10:07AM

### PROOF OF SERVICE

I, the undersigned, say: I am over the age of 18 years, and I am a party to the action or proceeding. My business address is 8787 Branch Ave Suite 343 Clinton MD. 20735 in the republic of the United States of America.

On _JUNE 21_2023, I served the foregoing document(s) described as DECLARATION OF TRUST & SUMMARY OF TRUSTEE MINUTES 1 through 5 on all interested parties, including but not limited to Prince George's County, Maryland Clerk of the Circuit Court and Comptroller in this action by recording this day the proper documents within the following office(s):

Prince George's County Courthouse
Trust Office
14735 Main Street
Room D4001
Upper Marlboro, MD. 20772

The documents were served by the following means (specify):

[X] <u>BY PERSONAL SERVICE</u> - I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

I, declare under penalty of perjury, under the laws of the United States of America that the forgoing is true and correct.

Executed on the date above, at Upper Marlboro, MD

Smith, Lance Eric,          Settlor/Trust Protector          Date  6-21-2023

TRACEY HELLER
Notary Public - Maryland
Anne Arundel County
My Commission Expires
July 30, 2026

TRACEY HELLER
NOTARY
PUBLIC
ANNE ARUNDEL COUNTY, MD

5 of 5

# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lance Smith  Auth. Rep                     2402370116

**B. E-MAIL CONTACT AT FILER (optional)**
leshealthy@gmail.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Dominion Gold Express Trust

8787 Branch Ave
Suite 343
Clinton, MD 20735

MD DEPT. OF ASSESSMENTS & TAXATION

230331-1542000   NS

Lapse Date: 03/ 31/ 2053

Date:                        3/31/2023
Time                          3:42 PM
Page Count:                   2
Debtor Count:                 3 Pg
Filing Fees:                  $25.00
Electronic
Records Access:               $0.00

Total:                        $25.00
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SMITH | LANCE ERIC | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 627 W 165th St | Manhatten | NY | 10032 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SMITH | LANCE | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 627 W 165th St | Manhatten | NY | 10032 | US |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DOMINION GOLD EXPRESS TRUST | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1061 Herbert Macaulay Way | Abuja | IT | 22314 | NG |

**4. COLLATERAL:** This financing statement covers the following collateral:

All property, whether tangible or intangible and all "in property real," located in the republic of "Your State or any other State received now or in future, to be held in trust in fee simple per the trustee minutes, on the scheduled books, titled "Other Property

Exchange - Non-Real Estate Assets" or "Real Property Assets."

Certificate of Title 23013618-1
Equity Secured Promissory Note - Exhibit - 08.20022
Legal Description of Real Estate or Parcel Number. 0861708,  Parcel Number. 3864675 and Parcel Number. 0457259

**5.** Check only if applicable and check only one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☒ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☒ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

(Rev. 04/20/11)

UCC-1 Financing Statement (Public Finance)_2020                     Page 4 of 6

MARCH 10, 2023

SMITH, LANCE ERIC
d/b/a Settlor
u/d DOMINION GOLD EXPRESS TRUST
8787 Branch Ave, Suite 343
Clinton, MD, 20735

ATTN: Christopher Marshall / Jay Bray
d/b/a President / Chief Executive Officer
Mr. Cooper Group Mortgage
P.O. Box 619098
Dallas, TX 75261

cc Parties:

ATTN: Brooke E. Lierman, Esq.
d/b/a state comptroller
110 Carroll St,
Annapolis, MD 21411

ATTN: Anthony G. Brown
d/b/a state's attorney general
200 St. Paul Place
Baltimore, MD 21202

Re: Said Account No. ███████ LANCE ERIC SMITH; SS#: █████████ D.O.B. ████ 961

This private matter concerning a "mortgage" filed in the county of Prince George's in the State of Maryland, regarding Assessor Parcel No 0861708, with your association ("Mr. Cooper Mortgage Group Mortgage – Loan No. 0426749073") Lance Eric Smith (debtor & grantor) transferred all real and personal property to DOMINION GOLD EXPRESS TRUST (secured party & grantee) on 11/16/2022. The Trust organization exercises its interest in a lien expressed and registered with the Maryland Secretary of State – UCC-1 Financing Statement No. 230331-1542000. The actual value and consideration received was and is $9,000,000,000.00 (money in species) given to the debtor from the Trust to which the Trust has first right of claim as a creditor to administrate a *legal process*. This matter is being brought to the attention of the ("President," "Chief Executive Officer,") as the real party in interest under FRCP Rule 17.

The "lender" and/or alleged "creditor" is claiming that it had given consideration in the form of a loan or credit to LANCE ERIC SMITH. However, there is no such loan registered according to Article 9 of the Uniform Commercial Code with the Secretary of State. All loans must be registered on a non-UCC lien with the "certificate of title" as a debt against LANCE ERIC SMITH for the right to motion for a judgement in the event of default. Through discovery there is no actual lien on the property known as 6705 Crafton Ln. Clinton, Md. 20735. Furthermore, there was never a transfer of lien on a UCC 3, which is an assignment. Your domestic company is not following UCC law. The Trust is challenging the "lender" and/or alleged "creditor" or third-party debt servicer to being a real party of interest for inadequate consideration of an alleged registered loan contract, which the claimant is claiming to have given lawful consideration in equity. Secondly, the "lender" and/or alleged "creditor" or third-party debt servicer must adhere to the National Bank Act of 1863, section 33, which states,

And be it further enacted, That it shall be unlawful for any officer acting under the provisions of this act to countersign or deliver to any such association, or to any other company or person, any

circulating notes contemplated by this act, except as hereinbefore provided, and in accordance with the true intent and meaning of this act; and any officer who shall violate the provisions of this section shall be deemed guilty of a high misdemeanor, and on conviction thereof shall be punished by fine not exceeding double the amount so countersigned and delivered, and imprisonment not exceeding fifteen years, at the discretion of the court in which he shall be tried.

T A K E   N O T I C E, the note and the mortgage are inseparable. An assignment of the note carries the mortgage with it, while an assignment of the latter alone is a nullity." Carpenter v. Longan, 83 U.S. 271, 274 (1872); accord Henley v. Hotaling, 41 Cal. 22, 28 (1871); Seidell v. Tuxedo Land Co., 216 Cal. 165, 170 (1932); Cal. Civ. Code §2936. Therefore, if one party receives the note and another receives the deed of trust, the holder of the note prevails regardless of the order in which the interests were transferred. See Adler v. Sargent, 109 Cal. 42, 49-50 (1895). It is FACT, in First National Bank of Montgomery - Defendant v. Jerome Daly - Plaintiff (IN JUSTICE COURT, TOWNSHIP OF CREDIT RIVER, MARTIN V. MAHONEY, JUSTICE),

> *"Mr. Morgan (Defendant) admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that the Defendant by using the ledger book created credit and by paying on the Note and Mortgage waived any right to complain about the Consideration and that Defendant was estopped from doing so."*

The Trust offers you an opportunity to cure under the rules of the National Bank Act, Title 12 U.S. Code § 411 and Title 31 U.S. Code § 3113. Please provide the three points following:

1. An authenticated true certified copy under penalty of perjury of the note initiating the negotiable instrument that does not have any countersignature from any president or any of his officers, agents, affiliates within the association.

2. An authenticated true certified copy under penalty of perjury of the note as requested above, accompanied with an authenticated true certified copy under penalty of perjury of the deed, as they are inseparable.

3. Provide the claimants proper place of business to receive any check(s) or draft(s) as tender in full satisfaction via restrictive endorsement from whom a claim is asserted, not less than fifteen (15) days or not more than ninety (90) days from the date of receipt of this notice; for any amount not greater than amount to satisfy the claimant. Should no response come from your attention, it shall constitute full agreement that any tender in full satisfaction via restrictive endorsement may be received and applied to the alleged obligation by any means previously described. Should no repayment be received from your association it shall also constitute full agreement of full satisfaction.

Govern yourselves accordingly,


_____
Smith, Lance Eric          Settlor/Trust Protector


Seal,

**PNC** *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 04/07/2023 | Check 1179 | $1,889.20 | XXXXXX7999 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

LES Enterprise LLC
8787 Branch Ave
Suite 343
Clinton MD, 20735
240-273-0116

1179

PAY TO THE ORDER OF _Mr. Cooper Mortgage_   DATE _4/8/2023_   $ _1,889.20_

_One Thousand Eight Hundred & Eighty nine_ 89/100   DOLLARS

PNC Bank
Clinton MD 20735

MEMO _"In full satisfaction of balance due"_

⑆00 1179⑆  ⑈0030⑇  7999⑈

LAX-NATIONSTAR 04/07/23 ABS OF
0073      ENDORSE
731783-20-16-015- 000047-030 GUAR
731 731783 30  15   JP MORGAN

By acknowledged payment and endorsement of this draft the Payee acknowledges full owed final settlement of all sums owed to this Payee by payor on account No.

© Copyright 2010, The PNC Financial Services Group, Inc. All Rights Reserved.

**◉ PNC** *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 05/02/2023 | Check 1184 | $1,889.20 | XXXXXX7999 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday – Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

LES Enterprise LLC
8787 Branch Ave
Suite 343
Clinton MD, 20735
240-273-0116

15-3/540

1184

DATE *5/5/2023*

PAY TO THE ORDER OF *Mr. Cooper* | $ *1889.20*

*ONE Thousand Eight Hundred & Eighty Nine 20/100* ————— DOLLARS

PNC Bank
Clinton MD 20735

MEMO *"IN Full Satisfaction of balance due"*           AUTHORIZED SIGNATURE

⑆001184⑆ ⑈      030⑈      7999⑈

LAX-NATIONSTAR 05/02/23 ABS OF
█████9073          ENDORSE
334758-20-10-065- 000040-132 GUAR
334 334758 132 68    JP MORGAN

By cashing or otherwise endorsing of this draft the payee acknowledges full and final settlement of all sums owed for the payee of loan number or account No. 0486789073

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

6/1/23, 7:45 AM            PNC Online Banking

**PNC** *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 05/31/2023 | Check 1188 | $1,889.20 | XXXXXX7999 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

⊙ PNC  *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 07/06/2023 | Check 1194 | $1,889.20 | XXXXXX7999 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

⊘ PNC  *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 08/08/2023 | Check 1197 | $1,889.20 | XXXXXX7999 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify
the status of the item. For more information about image delivery click here or to speak with a
representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday &
Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  *Mr. Cooper Group Mortgage*
Street and Apt. No., or PO Box No. *P.O. Box 619098*
City, State, ZIP+4® *Dallas TX 75261*

7022 1670 0003 0187 6770

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Mr. Cooper Group Mortgage*
*Christopher Marshall dba President*
*P.O. Box 619098*
*Dallas, TX 75261*

9590 9402 8092 2349 5399 63

2. Article Number *(Transfer from service label)*
7022 1670 0003 0187 6770

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Tyler Soles*          ☐ Agent
                         ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
*Tyler Cole*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

| | |
|---|---|
| Certified Mail Fee $4.15 | 0735 |
| $ $3.35 | 03 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.63 | |
| $ $0.12 | 03/10/2023 |
| Total Postage and Fees | |

Sent To *Christopher Marshall CEO*
Street and Apt. No., or PO Box No. *P.O. Box 619098*
City, State, ZIP+4® *Dallas Tx. 75261*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**COMPLETE THIS SECTION**

■ ...lete items 1, 2, and 3.
...our name and address on the reverse
...t we can return the card to you.
...n this card to the back of the mailpiece,
...the front if space permits.

1. Article Addressed to:

*Mr. Cooper Group Mortgage*
*P.O. Box 619098*
*Dallas Tx. 75261*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8107 2349 8584 92

7022 2410 0002 0041 6255

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                     ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☑ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery   Restricted Delivery
☐ Insured Mail
☐ ...d Mail Restricted Delivery
   ($500)

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

SMITH, LANCE ERIC, Trustee
DOMINION GOLD EXPRESS TRUST
8787 Branch Ave, Suite 343
Clinton, MD, 20735

Mr. Cooper Group Mortgage
Christopher Marshall / Jay Bray
President / Chief Executive Officer
P.O. Box 619098
Dallas, TX 75261

I LANCE ERIC SMITH said Account holder with Mr. Cooper Mortgage Group Mortgage; Account No. █████ SS#: ████████ D.O.B. ████ /1961; I hereby requested under the State of Maryland Article 9-210 law a statement of account for all payment and transactions for the year of 2023. I have submitted and checks No: 1179, 1184, 1188, and 1194 under the laws of accord and satisfaction with a restrict of endorsement and have giving you proper notice via bona fide dispute dated March 10, 2023, in which you have received on March 10, 2023. Under my accounting conclusion the balance is "0" please provide a confirmation of that balance.

Please comply with a request regarding a list of collateral by sending to Lance E. Smith an authenticated record including a statement to that effect within 14 days after receipt, to the Address above.

Govern yourselves accordingly,

_Lance E Smith_

Smith, Lance Eric        Settlor/Trust Protector

Seal,

☐ SUPREME COURT OF MARYLAND ☐ APPELLATE COURT OF MARYLAND
☐ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR _____
                                                          City/County

Located at _____
                        Court Address

STATE OF MARYLAND                              Telephone _____
    OR                                         Case No. _____

_Lance E. Smith_                    vs.    _Mr. Cooper Group Mortgag_
        Plaintiff/Petitioner                      Defendant/Respondent

## NOTICE REGARDING RESTRICTED INFORMATION PURSUANT TO RULE 20-201.1

→Please **DO NOT** use this form to file into the following case types: Adoption, Emergency Evaluation, Extreme Risk Protective Order (ERPO), Guardianship, Juvenile, Gender Declaration, or a Criminal Case in which a Motion to Transfer Jurisdiction to the Juvenile Court is pending. By rule or statute these case types are not subject to inspection.

Title of confidential submission: _____

☐  1.  **RESTRICTED DOCUMENT - The entire document is not subject to inspection.**

☐ **Child Abuse/Neglect:** record created by an agency concerning child abuse or neglect required by statute to be kept confidential. *Rule 16-914(d); Family Law Article, § 5-707; Human Services, § 1-202 and § 1-203*

☑ **Financial Information:** information about the finances of an individual, including assets, income, liabilities, net worth, bank balances, financial history or activities, or creditworthiness. *General Provisions Article, § 4-336*

☐ **Financial Statement:** filed pursuant to Rule 9-202, a Child Support Guidelines Worksheet filed pursuant to Rule 9-206, or Joint Statement of Marital and Non-Marital Property filed pursuant to Rule 9-207. *Rule 16-914(l)*

☐ **Hearing Closed to the Public:** recording/transcript of hearing closed to the public. *Rule 16-914(g)*

☐ **Marital Property:** Joint Statement of Marital and Non-Marital Property. *Rule 16-914(l)*

☐ **Marriage License Application:** until the effective date of the license. *Rule 16-912(c)*

☐ **Medical Report:** or other correspondence from a doctor or health care professional. *Rule 16-914(i)*

☐ **Parenting Plan/Joint Statement:** prepared and filed under Rules 9-204.1 and 9-204.2. *Rule 16-914(o)*

☐ **Peace Order Denied/Dismissed/Consented - Shielded:** case records shielded under Courts Article § 3-1510(b). *Rule 16-914(c)*

☐ **Pregnancy - Marriage License Application:** certification of pregnancy of a person under 18 from doctor or nurse practitioner in an application for a marriage license. *Rule 16-912(c)*

☐ **Presentence Investigation Report:** (confidential until entered into evidence) *Rule 16-914(f)(6)*

☐ **Protective Order Denied/Dismissed/Consented - Shielded:** case records shielded under FL Article § 4-512(b)(2). *Rule 16-914(c)*

☐ **Refusal to Testify:** case record maintained under Code, Courts Article, § 9-106 of the refusal of an individual to testify in a criminal action against the individual's spouse. *Rule 16-914(f)(5)*

☐ **Sealed or Shielded:** (entire document) by court order. *Rule 16-934 & 16-914(k)(1)*

☐ **Sealing or Shielding Motion:** while pending, but not to exceed five (5) business days. *Rule 16-934 & 16-914(k)(2)*

☐ **Tax Returns:** state and federal tax returns. *Rule 16-914(j)*

☐ **Other:** _____ Rule or Statute: _____

☐ **DOCUMENT FROM A CONFIDENTIAL CASE TYPE FILED INTO A NON-CONFIDENTIAL CASE TYPE.**
Confidential Case type: ☐ Child Adoption ☐ Emergency Evaluation ☐ ERPO ☐ Guardianship of a Child ☐ Juvenile Court case record ☐ Gender Declaration ☐ Other: (explain)

☐  2.  **CONFIDENTIAL INFORMATION - The document itself is subject to public inspection but contains confidential information that is not open to public inspection.**

That information consists of _____
                              (Give a description of the information and not the actual restricted information.)

The information is made confidential by Rule(s) _____ or by court order dated _____

Pursuant to Rules 20-201.1 and 1-322.1, accompanying the document is a redacted version that does not contain the confidential information.

_Aug. 21, 2023_                          Signature _Lance E. Smith_
        Date                                              Attorney Number

                                         Printed Name _Lance E. Smith_
_240-237-0116_
   Telephone Number    Fax                Address _8082 Branch Ave State 34_
_leshealthy@gmail.com_
        E-mail                            City, State, Zip _Clinton MD, 20735_

MDJ-008 (Rev. 06/2023)

Exhibit 08.20022

## EQUITY SECURED PROMISSORY NOTE

$9,000,000,000.00

On this 19th day of July 2022, FOR VALUE RECEIVED, the undersigned, SMITH, LANCE ERIC d/b/a LANCE ERIC SMITH, an Ens Legis of the United States Corporation (the "Borrower"), located at Sloane Hospital 161 Fort Washington Ave, new York, NY 10032 promises to pay to the order of DOMINION GOLD EXPRESS TRUST a foreign irrevocable trust (the "Lender & Holder"), located at 8787 Branch Ave Suite 343 Clinton MD 20735 (or at other place as the Lender & Holder may from time to time designate to the Borrower), in lawful money of the United States, the principal sum of Nine Billion Dollars ($9,000,000,000.00), with interest accruing on the unpaid balance at a rate of Two and a half Percent (2.5%) per annum beginning as of the date above from and after the date of this Promissory Note until paid.

The Lender & Holder hereby loans Nine Billion Dollars ($9,000,000,000.00) to LANCE ERIC SMITH (the "Principal") in exchange for all the labor incurred by SMITH, LANCE ERIC d/b/a LANCE ERIC SMITH (the "Principal") backed by the Birth Certificate/Certificate of Title ("collateral"), and such Title is held in possession by the Lender & Holder of all Bonds, all Certificated & Uncertificated Securities, for the collateral after having authenticated a record acknowledging that it will hold possession of collateral for the secured party's benefit and the principal and interest, unless the Borrower is in Default, shall be due and payable in 360 equal monthly payments (in the amount $256,250,000.00), each payment being due and payable on the first day of each month commencing on July 19, 2022. The entire amount of the principal shall be due and payable at year end of 2051 (30 years).

The payment of this Promissory Note is secured by a pledge of all labor and interest owned by the Borrower. The terms and conditions of the pledge of the interest are set forth in Birth Certificate/Certificate of Title between the Borrower and the Lender & Holder. Notwithstanding the existence of security for the payment of this Promissory Note, the Borrower shall at all times remain liable to the Lender & Holder for the full and punctual payment of all principals, interest and other amounts (if any) that are owed under this Promissory Note.

Payment and performance of this Note is absolutely and unconditionally guaranteed by SMITH, LANCE ERIC d/b/a LANCE ERIC SMITH on the terms of the Guarantee executed concurrently herewith.

Each payment made under this Promissory Note shall be applied (i) first, to fees, costs and expenses incurred by the Lender & Holder in enforcing this Promissory Note upon the occurrence of an Event of Default (as defined below) and (ii) second, to accrued interest, and (iii) third to the principal balance of this Promissory Note. Any principal or other amount payable under this Promissory Note that is not paid when due shall bear interest from and after the date when due until paid in full at the rate of twelve percent (12%) per annum (the "Default Rate"). Nothing in the preceding sentence shall be interpreted as a waiver or limitation of the Lender & Holder's right to compel payment of all amounts hereunder when due and payable.

If the Borrower is not in default under this Promissory Note, the Borrower shall have the privilege of prepaying, without penalty or premium, the outstanding principal balance herein in whole or in part at any time or from time to time. Any such prepayment must be accompanied by full payment of all interest then accrued and unpaid on the principal amount being paid.

The Borrower's failure to (i) pay when due any principal, accrued interest or other amount owed under this Promissory Note, or (ii) the failure of any representation or warranty of the Borrower that is contained within any writing of the collateral in the possession of the Lender & Holder and if (i) or (ii) is not remedied in full within ninety (90) days after receipt of written notice from the Lender & Holder, shall constitute an "Event of Default."

Upon the occurrence of an Event of Default, the Lender & Holder shall have the right, at its sole option, at any time thereafter, (i) to declare the entire balance of principal and accrued interest on this Promissory Note to be immediately due and payable, (ii) to exercise all of its rights as a secured party under the writings of the collateral with respect to the interests pledged by the Borrower, and (iii) to exercise any and all of its other rights and remedies that are provided under the collateral and applicable law. All rights and remedies of the Lender & Holder are cumulative and concurrent and may be pursued singularly, successively, or together, at all the sole discretion of the Lender & Holder, and whenever and as often as the Lender & Holder deems necessary or appropriate.

If, after not less than thirty (30) days after an Event of Default which has not been cured, an attorney is engaged by the Lender & Holder to undertake collection, or enforce or construe any provision of this Promissory Note or the collateral, with or without the filing of any arbitration proceeding or legal action by the Lender & Holder, then the Borrower shall pay on demand all reasonable attorneys' fees and other cost and expenses incurred by the Lender & Holder in connection therewith. If an action (arbitration or court proceeding) is brought to enforce the terms of this Promissory Note, then the prevailing party shall be entitled to recover its reasonable attorneys' fees and other costs and expenses incurred in connection therewith.

The Borrower and the Lender & Holder hereby agree that the Borrower may pre-pay this Promissory Note without penalty of any kind with the intent to fulfill and satisfy this installment loan.

If the Lender & Holder receives any installment payment more than ninety (90) days after the date that it is due, then a late payment fee of five hundred thousand ($500,000.00) dollars, shall be payable with the scheduled installment payment along with any default interest due.

This Promissory Note is secured by a security instrument also known as the collateral described above, securing repayment of this Promissory Note, the property described in such security instrument may not be sold or transferred without the Lender & Holder's express written consent. If Borrower breaches this provision, Lender & Holder may declare all sums due under this Promissory Note immediately as a "Due-On-Sale" and payable, unless prohibited by applicable law.

1

EQUITY SECURED PROMISSORY NOTE – "concluded"

The Borrower waives presentment and demand for payment, notice of dishonor, protest, and notice of protest, notice of default and, any and, all lack of diligence or delay by the Lender & Holder in the collection or enforcement of this Promissory Note. The Lender & Holder shall not be deemed to have waived any right or remedy that it has under this Promissory Note, the collateral or applicable law unless it has expressly waived the same in writing or unless this Promissory Note or the collateral expressly provides a period, of time in which the right or remedy must be exercised. The waiver by the Lender & Holder of a right or remedy shall not be construed as a waiver of any other right or remedy or of any subsequent right or remedy of the same kind.

If any provision of this Promissory Note is determined by an arbitrator or a court of competent jurisdiction to be invalid, illegal or unenforceable, that provision shall be deemed severed from this Promissory Note, and the validity, legality and enforceability of the remaining provisions of this Promissory Note shall remain in full force and effect. If the Lender & Holder ever receives any interest payment on this Promissory Note in excess, of the maximum principal permitted by applicable law, such excess amount shall, at the Lender & Holder's option, be applied to the reduction of the unpaid principal balance of this Promissory Note or returned to the Borrower.

In the event that any provision herein is determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any provision, all of which shall remain in full force and effect.

There are no verbal or other agreements which modify or affect the terms of this Promissory Note. This Promissory Note may not be modified or amended except by written agreement signed by Borrower and Lender & Holder.

In the event of any conflict between the terms of this Promissory Note and the terms of any security instrument securing payment of this Promissory Note, the terms of this Promissory Note shall prevail.

Any notices required or permitted to be given hereunder shall be given in writing and shall be delivered (a) personal service (b) by certified or registered mail service, postage prepaid, return receipt requested, (c) by facsimile, or (d) by a commercial overnight courier that guarantees next day delivery and provides a receipt, and such notices shall be made to the parties at the addresses listed below.

The Borrower executes this Promissory Note as a principal and not as a surety. If there is more than one Borrower, each Borrower shall be jointly and severally liable under this Promissory Note.

Time is of the essence with respect to every provision hereof. This Promissory Note shall be governed by the internal laws of the State of California without giving effect to conflict-of-law principles.

IN WITNESS WHEREOF, the Borrower and Lender & Holder have executed and delivered this Promissory Note as of the date first written above in the presence of an officer of the court.

BORROWER

Smith, Lance Eric          Principal                    July 19, 2022
                                                        Date

LENDER & HOLDER

Harol, Lozano     Sole Trustee under Declaration of Trust      July 19, 2022
                                                        Date

WITNESS

Cottrell, Avery Devaul (Californian National)      July 19, 2022
                                                        Date

Seal,

2

**MARYLAND SELF-PROVING AFFIDAVIT**

State of Maryland      )
                       ) ss
County of Prince George's    )

I/We, ____Lance Eric Smith_____, do hereby declare that the signatures to the foregoing instrument are true and correct and I serve as a witness that the above parties executed the attached instrument on the ___19___ day of ____July____, 2022.

Witness Signature: _____      Date: _____
               SMITH, LANCE ERIC

**CERTIFICATE OF ACKNOWLEDGMENT**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

On __January 3rd, 2023_____ before me,
__Rachel Miller Ernshmiller_____ personally appeared
__Lance Eric Smith_____ who proved to me on the basis

of satisfactory evidence to be the person whose name is subscribed to the within instrument and

acknowledged to me that he executed the same in his authorized capacity and that by his signature on the

instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Maryland that the foregoing paragraph is

true and correct.

                                 Rachel Miller Ernshmiller
                                   NOTARY PUBLIC
WITNESS my hand and official seal     St. Mary's County, Maryland
                                   My Commission Expires 7/31/2023

Signature: _____

(Seal)

3

Common Law Copyright Notice                                      No. 00075153-1

Common Law Copyright Notice: All rights re; common law copyright of trade-
name/trademark, LANCE ERIC FAMILY OF SMITH ESTATE©®, LANCE ERIC SMITH©®, LANCE
SMITH©®, LANCE ERIC SMITH SR©®,LANCE SMITH SR©®, SMITH,LANCE ERIC©®, LANCE ERIC SMITH
ESTATE©® and DOMINION GOLD EXPRESS TRUST©® as well as any and all derivatives and
variations in the spelling of said trade-names/trademarks – Copyright date of August
07, 2022, by DOMINION GOLD EXPRESS TRUST (the natural person). Said
trademakers/trademarks, may neither be used, nor reproduced, neither in whole nor in
part, nor in any manner whatsoever, without the prior, express, written consent and
acknowledgment of DOMINION GOLD EXPRESS TRUST (the natural person) as signified by
the signature of SMITH, LANCE ERIC (the Sole Trustee; non-resident alien) and Smith,
Lance Eric (the Settlor, Trust Protector and a Co-Trustee). With the intent of being
contractually bound, any Juristic Person, as well as the agent of said juristic,
consents and agrees by this Copyright Notice that neither said Juristic Person, nor
the agent of said Juristic Person, shall display, nor otherwise use in any manner,
the trade-name/trademarks, nor common-law copyright described herein, nor any
derivative of , nor any variation in the spelling of, said name without prior,
express, written consent and acknowledgment of DOMINION GOLD EXPRESS TRUST,
hereinafter known as the Secured Party, as signified by Secured Party's signature.
Secured Party neither grants, nor implies, nor otherwise gives consent for any
unauthorized use of LANCE ERIC FAMILY OF SMITH ESTATE©®, LANCE ERIC SMITH©®, LANCE
SMITH©®, LANCE ERIC SMITH SR©®, LANCE SMITH SR©®, SMITH, LANCE ERIC©®, LANCE ERIC
SMITH ESTATE©®, and all such unauthorized use is strictly prohibited. The Secured
Party is not now, nor has ever been, an accommodation party, not a surety, for the
purported debtor, i.e. "LANCE ERIC FAMILY OF SMITH ESTATE©®" nor for any derivative
of, nor for any variation in the spelling of, said name, nor for any other juristic
person, the debtor (LANCE ERIC SMITH©®) is completely under jurisdiction of the
Foreign Express Trust, DOMINION GOLD EXPRESS TRUST, an Irrevocable Trust Organization
for tax treaty purposes associated with the Internal Revenue Service withholding
compliances. The Secured Party is the holder of the Authenticated Certificate of
Title No. 156-61-131834, Registration Date August 22, 1961, Department of State Annex
No. 23013618-1 on January 12, 2023; as the Collateral for the Security Interest,
known as "Equity Secured Promissory Note – Exhibit A" in the amount of a Nine Billion
Dollar Lien with interest. See Copyright No. 00075153-1 against all claims, legal
actions, orders, warrants, judgments, demands, liabilities, losses, depositions,
summons, lawsuits, costs, fines, liens, levies, penalties, damages, interest, and
expenses whatsoever, both absolute and contingent, as are due and as might become
due, now existing and as might hereafter arise, and as might be suffered by, imposed
on, and incurred by debtor for any and every reason, purpose, and cause whatsoever.
This Notice by Declaration becomes a fully executed copyright notice wherein "Smith,
Lance Eric" (the Settlor, Trust Protector and a Co-Trustee) of the DOMINION GOLD
EXPRESS TRUST, grants the Secured Party security interest in all of the debtor's
property and interest in property in the sum certain amount of $2,070,000,000.00 (Two
Billion Seventy Million Dollars) exercised by a $9,000,000,000.00 USD (Nine Billion
Dollars) Lien referenced with the "MARYLAND" Secretary of State Financing Statement
and in the Organic Public Record "Upper Marlboro" Recorders Clerk Office non-Uniform
Commercial Code Central Filing. For each trade-name/trademark used, per each
occurrence of use (violations/infringement), plus triple damages, plus cost for each
such use, as well as for each and every use of any and all derivatives of, and
variations in the spelling of LANCE ERIC FAMILY of SMITH ESTATE©®, LANCE ERIC
SMITH©®, LANCE SMITH©®, LANCE ERIC SMITH SR©®, LANCE SMITH SR©®, SMITH, LANCE ERIC©®,
LANCE ERIC SMITH ESTATE©® and DOMINION GOLD EXPRESS TRUST©®, the trust office shall
refer to the Affidavit of Schedule of Fees for summary judgment granted by any court
of record in the matters of equity.




Copyright Notice No. 00075153-1

Harol, Lozano: Sole Trustee _____ Dated July 19, 2022

Smith, Lance Eric: Principal _____ Dated July 19, 2022


Seal,